

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 21, 2021

**MEMO ENDORSED**

**BY ECF**
The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:   *Bronx Independent Living Services, et al., v. Metropolitan Transit Authority, et al.*, 16 Civ. 05023 (ER)

Dear Judge Ramos:

      We write on behalf of all parties in this matter to respectfully request (1) an adjournment *sine die* of the pre-trial conference currently scheduled for April 22, 2021, and (2) a stay of all deadlines for pre-trial submissions. This is the first request by the parties for an adjournment of the conference. The reason for these requests is to allow the parties time to pursue a potential settlement. We apologize for requesting this adjournment less than 48 hours before the scheduled conference, but the parties have only very recently engaged in initial settlement discussions. These discussions are in the very early stages and the parties would benefit from additional time to determine whether there is an avenue for resolution of this case. The parties propose that in lieu of setting a new conference date, the parties provide a written status letter regarding the progress of the settlement discussions to the Court by June 21, 2021.

      We thank the Court for its consideration of these requests.

Respectfully,

AUDREY STRAUSS
United States Attorney

By: s/ Lara K. Eshkenazi
    LARA K. ESHKENAZI
    ELLEN BLAIN
    Assistant United States Attorneys
    Telephone: (212) 637-2758/43
    Facsimile: (212) 637-2730
    Email: lara.eshkenazi@usdoj.gov
           ellen.blain@usdoj.gov

---

Parties' requests to adjourn the April 22, 2021 conference and to stay deadlines for pre-trial submissions are granted. Parties shall submit a written status report to the Court on or before **June 21, 2021**.

It is SO ORDERED. _____
                    Edgardo Ramos, U.S.D.J.
                    Dated: 04/21/2021
                    New York, New York

cc by ECF:    All counsel of record